AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FARMERS NEW WORLD LIFE INSURANCE, a Washington corporation,

*Plaintiff*

v.

BRIDGETTE BURTON, an individual, et al.

*Defendant*

Civil Action No. 2:18-CV-30-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2019

SEAN F. MCAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Burton Children's Motion for Summary Judgment (ECF No. 44), and First Amended Motion for Summary Judgment (ECF No. 59), are DENIED. Defendant Bridgette Zielke Burton's Cross-Motion for Summary Judgment (ECF No. 62), is GRANTED. Judgment is entered for Defendant Bridgette Zielke Burton, in the amount of $100,000, plus interest, calculated as set forth in Wash. Rev. Code 48.23.300.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on motions for Summary Judgment (ECF Nos. 44, 59 and 62).

Date: 1/18/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen