# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FARMERS NEW WORLD LIFE INSURANCE, a Washington corporation,

*Plaintiff*

v.

BRIDGETTE BURTON, an individual, et al.,

*Defendant*

)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 08, 2019**

SEAN F. McAVOY, CLERK

Civil Action No. 2:18-cv-30-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Default Judgment (ECF No. 85) is GRANTED. Judgment is entered in favor of Plaintiff against Defendants Marissa Burton, Daniel Burton, Patrick Burton, Matthew Burton, Andrea Burton Sandberg, and Jeremy Burton, enjoining them from: Instituting or prosecuting any proceedings in any state or United States court against Farmers New World Life Insurance Company for the recovery of life insurance benefits regarding the Nonparticipating Flexible Premium Universal Life insurance policy issued to Wallace Burton on May 17, 1989, for the principal sum of One Hundred Thousand Dollars, policy number 004496399U; and Instituting or prosecuting any proceeding in any state or United States court against Farmers New World Life Insurance regarding any policy benefits involved in this interpleader actions pursuant to 28 U.S.C. 2361.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for Default Judgment (ECF No. 85).

Date: 3/8/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen